

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00105-CV

In re **THE CITY OF SAN ANTONIO**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:       Irene Rios, Justice
               Lori Massey Brissette, Justice (dissenting)[2]
               Adrian A. Spears II, Justice

Delivered and Filed: March 12, 2025

PETITON FOR WRIT OF MANDAMUS DENIED

On February 18, 2025, relator filed a petition for a writ of mandamus. This court has determined relator is not entitled to the relief sought. Accordingly, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021CI19212, styled *Lauran Bienek v. City of San Antonio*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.

[2]Because Justice Brissette is of the tentative opinion that a serious question concerning the relief sought requires further consideration, she would request a response. *See* TEX. R. APP. P. 52.8(b)(1).